JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KISASI LIGGINS, et al., | Case No. CV 20-3378-PSG(PJW) |
| Plaintiffs, | JUDGMENT |
| v. | |
| CDCR, et al., | |
| Defendants. | |

Pursuant to the Order Denying Plaintiff's Motion to Proceed IFP and Dismissing Action,

JUDGMENT IS HEREBY entered dismissing the action.

DATED: 6/26/2020 .

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\wendyhernandez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\MGVWFKS6\Judgment.wpd